1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIONTAY R. SHACKELFORD,

        Plaintiff,

   v.

Officer D. LAVAL; et al.,

        Defendants.
_____/

No. C 09-4077 SI (pr)

**JUDGMENT**

    This action is dismissed without prejudice to plaintiff filing a new action for which he includes a filing fee or a completed <u>in forma pauperis</u> application at the time he files it.

    IT IS SO ORDERED AND ADJUDGED.

Dated: February 12, 2010

                         SUSAN ILLSTON
                United States District Judge