**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONTAY R. SHACKELFORD, | No. C 09-4077 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Officer D. LAVAL; et al., | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing a new action for which he includes a filing fee or a completed <u>in forma pauperis</u> application at the time he files it.

IT IS SO ORDERED AND ADJUDGED.

Dated: February 12, 2010

_____
SUSAN ILLSTON
United States District Judge